Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY FLYNN, SR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JOE E. VERNON**, a California sole proprietor d/b/a West Coast Windows & Home Improvement,<br><br>*Defendant.* | Case No. 5:24-cv-00406-KK-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge Kenly Kiya Kato** |

Plaintiff Flynn hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

DATED this 24th day of January, 2025.    Respectfully submitted,

By: /s/ *Rachel E. Kaufman*
Rachel Elizabeth Kaufman
Kaufman P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*